IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RONALD SMILEY and                      :
MARILYN SMILEY, h/w
       Plaintiffs,                              CIVIL ACTION
                                  :                   NO. 13-7411
     v.

UNITED STATES OF AMERICA               :
c/o Attorney General of the United
States
       Defendant.
_____

RONALD SMILEY and                      :
MARILYN SMILEY, h/w
       Plaintiffs,                              CIVIL ACTION
                                  :                   NO. 13-5152
     v.

ARTISAN BUILDERS and                   :
THE WHEELCHAIR MAN
COMPANY, INC.
       Defendants.

## ORDER

AND NOW, this 17th day of January, 2014, upon consideration of Plaintiffs' unopposed

Motion to Consolidate (Doc. No. 3), it is hereby ORDERED that said Motion is GRANTED.  It is

further ORDERED as follows:

    (1)      The above-captioned matters shall be consolidated and Civil Action No. 13-
             7411 shall be designated as the lead case;

    (2)      On or before January 31, 2014, Plaintiffs shall AMEND their Complaint in
             Civil Action 13-7411 to include the claims set forth in Civil Action 13-5152;[1]

---

[1]  The claims currently contained in Plaintiffs' initially-filed Complaint against
Defendants Artisan Builders and the Wheelchair Man Company, Inc. shall not be altered in any
way.  Similarly, the filing of Plaintiffs' Amended Complaint shall not serve as an opportunity for

and

(2)    Civil Action No. 13-5152 shall be REMOVED FROM SUSPENSE status and MARKED CLOSED.

BY THE COURT:

/s/  C. Darnell Jones, II        J.

---

said Defendants to change the nature of their initially-filed responsive pleading.